# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brown, Jeffrey V. | U.S. District Court, Southern District of Texas | 07/22/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
601 25th Street
Suite 613
Galveston, Texas 77550

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director | Bay Area Council, Boy Scouts of America |
| 2.   Trustee | Texas Supreme Court Historical Society |
| 3.   Director | University of Houston Law Foundation |
| 4.   Director | Houston Law Review |
| 5.   Adjunct Professor of Law | St. Mary's University School of Law |
| 6.   Justice | Supreme Court of Texas |
| 7.   Independent Contractor (book editor) | Thomson Reuters |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | State of Texas: Judicial Pension |
| 2. 2001 | Harris County, Texas: Employee Pension |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Jeffrey V. | 07/22/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Thomson-Reuters, book-editing income | $2,000.00 |
| 2. 2019 | St. Mary's University School of Law, teaching income | $5,000.00 |
| 3. 2019 | Texas Judicial Retirement System, judicial pension | $32,660.00 |
| 4. 2019 | Supreme Court of Texas | $129,958.53 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Hays Consolidated Independent School District, teaching income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | St. Mary's University School of Law | July 2019 | Innsbruck, Austria | St. Mary's Institute on World Legal Problems (teaching) | Transportation, housing allowance |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Brown, Jeffrey V. | 07/22/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Brown, Jeffrey V. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Chase Bank.cash accounts | A | Interest | K | T | | | | | |
| 2. | Morgan Stanley money-market account | A | Interest | K | T | | | | | |
| 3. | USAA Federal Savings Bank cash accounts | A | Interest | J | T | | | | | |
| 4. | Morgan Stanley Rollover IRA account (H) | | | | | | | | | |
| 5. | Blackrock Inflat Prot Bond I Fund | A | Dividend | | | Sold | 04/18/19 | J | A | |
| 6. | | | | J | T | Buy | 12/19/19 | J | | |
| 7. | Blackrock Low Dur Bd Inv Invst Fund | A | Dividend | | | Sold | 04/18/19 | J | A | |
| 8. | | | | J | T | Buy | 12/19/19 | J | | |
| 9. | Causeway Emerging Mkts Inst Fund | B | Dividend | | | Sold | 04/18/19 | J | B | |
| 10. | | | | J | T | Buy | 12/19/19 | J | | |
| 11. | Delaware Value Instl Fund | A | Dividend | J | T | Sold (part) | 04/18/19 | J | A | |
| 12. | Edgewood Growth Instl Fund | A | Dividend | J | T | Sold (part) | 04/18/19 | J | A | |
| 13. | GQG Partners Emrg Mkts Eq Ins | A | Dividend | J | T | Buy | 04/18/19 | J | | |
| 14. | Harding Loevner Intl Eqty Inst Fund | A | Dividend | J | T | Sold (part) | 04/18/19 | J | A | |
| 15. | Hartford Midcap I Fund | A | Dividend | | | Sold | 04/18/19 | J | A | |
| 16. | | | | J | T | Buy | 12/19/19 | J | | |
| 17. | Hartford Small Cap Growth I Fund | A | Dividend | J | T | Sold (part) | 04/18/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Jeffrey V.** | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | JPMorgan Value Advantage I Fund | A | Dividend | J | T | Sold<br>(part) | 04/18/19 | J | A | |
| 19. | Lazard Intl Strat Eq Ptf Inst Fund | A | Dividend | J | T | Sold<br>(part) | 04/18/19 | J | A | |
| 20. | Loomis Growth Y Fund | A | Dividend | J | T | Sold<br>(part) | 04/18/19 | J | A | |
| 21. | Lyrical US Value Equity Instl Fund | A | Dividend | | | Sold | 04/18/19 | J | A | |
| 22. | | | | J | T | Buy | 12/19/19 | J | | |
| 23. | Matthews Asian Japan Inv Fund | B | Dividend | | | Sold | 04/18/19 | J | B | |
| 24. | | | | J | T | Buy | 12/19/19 | J | | |
| 25. | Metropolitan West Tot Ret Bd I Fund | A | Dividend | | | Sold | 04/18/19 | J | A | |
| 26. | | | | J | T | Buy | 12/19/19 | J | | |
| 27. | Neuberger Intrinsic Value Inst Fund | A | Dividend | | | Sold | 04/18/19 | J | A | |
| 28. | | | | J | T | Buy | 12/19/19 | J | | |
| 29. | Peartree Polaris FGN VL I Fund | B | Dividend | | | Sold | 04/18/19 | J | B | |
| 30. | | | | J | T | Buy | 12/19/19 | J | | |
| 31. | Pimco Long Term Credit Bd 12 | A | Dividend | J | T | Buy | 04/18/19 | J | | |
| 32. | Pimco Short Term 12 | A | Dividend | J | T | Buy<br>(add'l) | 12/19/19 | J | | |
| 33. | Wells Fargo Special MDCP VL I Fund | A | Dividend | J | T | Sold<br>(part) | 04/18/19 | J | A | |
| 34. | Western Asset Core Plus Bd I Fund | A | Dividend | | | Sold | 04/18/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Jeffrey V. | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | CollegeBound 529 Account (H) | | | J | T | Buy | 12/19/19 | J | | |
| 36. | Invesco CollegeBound 2019-2020 Portfolio C | A | Dividend | J | T | Buy (add'l) | 01/14/19 | J | | |
| 37. | | | | | | Buy (add'l) | 02/14/19 | J | | |
| 38. | | | | | | Buy (add'l) | 03/14/19 | J | | |
| 39. | | | | | | Buy (add'l) | 04/12/19 | J | | |
| 40. | | | | | | Buy (add'l) | 05/14/19 | J | | |
| 41. | | | | | | Buy (add'l) | 06/14/19 | J | | |
| 42. | | | | | | Buy (add'l) | 07/12/19 | J | | |
| 43. | | | | | | Buy (add'l) | 08/14/19 | J | | |
| 44. | | | | | | Buy (add'l) | 09/13/19 | J | | |
| 45. | | | | | | Buy (add'l) | 10/14/19 | J | | |
| 46. | | | | | | Buy (add'l) | 11/14/19 | J | | |
| 47. | | | | | | Buy (add'l) | 12/13/19 | J | | |
| 48. | Invesco CollegeBound 2019-2020 Portfolio CX | D | Dividend | | | Sold | 07/18/19 | J | D | |
| 49. | Invesco CollegeBound 2019-2020 Portfolio A | A | Dividend | J | T | Buy | 07/18/19 | J | | |
| 50. | USAA Federal Savings Bank cash accounts | A | Interest | J | T | | | | | |
| 51. | USCRX Cornerstone Moderately Aggressive Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Jeffrey V.** | 07/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Voya Financial Harris County IRA (H) | | | | | | | | | |
| 53. 0101 Calvert VP SRI Balanced Portfolio | A | Dividend | J | T | | | | | |
| 54. Empower Retirement Texasaver 401(K) (H) | | | | | | | | | |
| 55. BlackRock LifePath Index 2035 Fund | A | Dividend | K | T | Buy (add'l) | 01/02/19 | J | | |
| 56. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 57. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 58. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 59. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 60. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 61. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 62. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 63. | | | | | Redeemed (part) | 08/07/19 | K | E | |
| 64. | | | | | Buy (add'l) | 09/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Jeffrey V.** | 07/22/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey V. Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544